Kevin T. Barnes, Esq. (#138477)
Gregg Lander, Esq. (#194018)
LAW OFFICES OF KEVIN T. BARNES
5670 Wilshire Boulevard, Suite 1460
Los Angeles, CA 90036-5664
Tel.: (323) 549-9100 / Fax: (323) 549-0101
Email: Barnes@kbarnes.com

Ross E. Shanberg, Esq. (#179842)
Shane C. Stafford, Esq. (#216151)
SHANBERG, STAFFORD & BARTZ, LLP
19200 Von Karman Avenue, Suite 400
Irvine, CA 92612-8512
Tel: (949) 622-5444 / Fax: (949) 622-5448
Email: RShanberg@ssbfirm.com

JS-6

Attorneys for Specially Appearing Plaintiffs
MARCOS RAMIREZ, RENE GOMEZ and
REYES DUARTE II, on behalf of themselves
and all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS RAMIREZ, RENE GOMEZ and REYES DUARTE II, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> TITAN AUTO INSURANCE OF NEW MEXICO, INC., a New Mexico corporation; NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio corporation; VICTORIA FIRE & CASUALTY COMPANY, an Ohio corporation; and DOES 1 to 100, inclusive, <br><br> Defendants. | Case No. EDCV 13-00672 R (JEMx) <br> Honorable Manuel L. Real <br> Courtroom 8 <br><br> **CLASS ACTION** <br><br> **Hearing:** <br> Date:  June 3, 2013 <br> Time:  10:00 a.m. <br><br> **ORDER GRANTING SPECIALLY APPEARING PLAINTIFFS' MOTION TO REMAND TO STATE COURT** <br><br> Action filed: August 7, 2012 <br> Action removed: April 12, 2013 <br> from Superior Court of California, County of Riverside, Case No. RIC1211890 |

On June 3, 2013 at 2:00 p.m. or as soon thereafter as the matter could be heard, in Courtroom 8 of the above-titled Court, the Honorable Manuel L. Real presiding, Plaintiffs' Motion to Remand came on regularly for hearing. All parties were present and represented by counsel.

- 1 -

**[PROPOSED] ORDER RE: SPECIALLY APPEARING PLAINTIFFS' MOTION TO REMAND TO STATE COURT**

1  Good cause having been shown therefore, IT IS ORDERED THAT:

2  Plaintiffs' Motion to Remand is GRANTED in its entirety and this matter is
3  remanded to California Superior Court for the County of Riverside.

4  DATED: June 10, 2013

_____
Honorable Manuel L. Real
Judge of the District Court

- 2 -

**[PROPOSED] ORDER RE: SPECIALLY APPEARING PLAINTIFFS' MOTION TO REMAND TO STATE COURT**

LAW OFFICES OF
KEVIN T. BARNES
5670 WILSHIRE BLVD.
SUITE 1460
LOS ANGELES, CA
90036-5614
TEL.: (323) 549-9100
FAX: (323) 549-0101
BARNES@KBARNES.COM