
```
Kevin T. Barnes, Esq. (#138477)
Gregg Lander, Esq. (#194018)
LAW OFFICES OF KEVIN T. BARNES
5670 Wilshire Boulevard, Suite 1460
Los Angeles, CA 90036-5664
Tel.: (323) 549-9100 / Fax: (323) 549-0101
Email: Barnes@kbarnes.com

Ross E. Shanberg, Esq. (#179842)
Shane C. Stafford, Esq. (#216151)
SHANBERG, STAFFORD & BARTZ, LLP
19200 Von Karman Avenue, Suite 400
Irvine, CA 92612-8512
Tel: (949) 622-5444 / Fax: (949) 622-5448
Email: RShanberg@ssbfirm.com
```

JS-6
REMAND

Attorneys for Specially Appearing Plaintiffs
MARCOS RAMIREZ, RENE GOMEZ and
REYES DUARTE II, on behalf of themselves
and all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS RAMIREZ, RENE GOMEZ and REYES DUARTE II, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TITAN AUTO INSURANCE OF NEW MEXICO, INC., a New Mexico corporation; NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio corporation; VICTORIA FIRE & CASUALTY COMPANY, an Ohio corporation; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. EDCV 13-00672 R (JEMx)<br>Honorable Manuel L. Real<br>Courtroom 8<br><br>**CLASS ACTION**<br><br>**ORDER RE: PLAINTIFF'S MOTION TO REMAND TO STATE COURT**<br><br>**Hearing:**<br>Date: April 14, 2014<br>Time: 11:00 a.m.<br><br>Action filed: August 7, 2012<br>Action removed: April 12, 2013<br>Trial date: None set |

## ORDER

On April 14, 2014, at 11:00 a.m. in Courtroom 8 of the above-titled Court, the Honorable Manuel L. Real presiding, the Court held a hearing on the Order of the United States Court of Appeals Vacating and Remanding to the district court

- 1 -

**ORDER RE: PLAINTIFF'S MOTION TO REMAND TO STATE COURT**

1  Plaintiff's Motion to Remand for consideration of federal jurisdiction in light of
2  *Rodriguez v AT&T Mobility Services LLC*. All parties were present and represented
3  by counsel.
4      Good cause having been shown therefore, IT IS ORDERED THAT:
5      The Court GRANTS plaintiff's motion to remand, now having considered
6  *Rodriguez -v- AT&T Mobility Services LLC*, and all the arguments made by
7  counsel both in writing and orally, for reasons as stated on the record.
8  DATED: April 21, 2014

                                    Honorable Manuel L. Real
                                    Judge of the District Court

LAW OFFICES OF
KEVIN T. BARNES
5670 WILSHIRE BLVD.
SUITE 1460
LOS ANGELES, CA
90036-5614
TEL.: (323) 549-9100
FAX: (323) 549-0101
BARNES@KBARNES.COM

- 2 -

**ORDER RE: PLAINTIFF'S MOTION TO REMAND TO STATE COURT**